UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**IN RE: NATIONAL COLLEGIATE ATHLETIC**
**ASSOCIATION STUDENT‑ATHLETE**
**CONCUSSION INJURY LITIGATION**

| Durocher, et al. v. National Collegiate Athletic Assoc., et al., S.D. Indiana, C.A. No. 1:13‑01570 | ) ) | MDL No. 2492 |
|---|---|---|

**CONDITIONAL TRANSFER ORDER (CTO‑1)**
**AND SIMULTANEOUS SEPARATION AND REMAND OF CERTAIN CLAIMS**

On December 18, 2013, the Panel transferred 1 civil action to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407.  *See* _F.Supp.2d_ (J.P.M.L. 2013).  Since that time, no additional actions have been transferred to the Northern District of Illinois.  With the consent of that court, all such actions have been assigned to the Honorable John Z. Lee.

It appears that the action on this conditional transfer order comprises claims relating to: (1) allegations against the NCAA stemming from injuries sustained while playing sports at NCAA‑member institutions, including damages resulting from the permanent long-term effects of concussions; and (2) products liability claims against Riddell and Schutt Sports.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action on this conditional transfer order is transferred under 28 U.S.C. §1407 to the Northern District of Illinois for the reasons stated in the order of December 18, 2013, and, with the consent of that court, assigned to the Honorable John Z. Lee.

Counts VI, VII, VIII, and IX in their entirety, and Counts IV and V, as they relate to Riddell and Schutt Sports, which do not relate to the allegations against the NCAA, are hereby separated and simultaneously remanded to the Southern District of Indiana.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois.  The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof.  If any party files a notice of opposition with the Clerk of the Panel within this 7‑day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel