**BEFORE THE UNTIED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

|  |  |  |
|---|---|---|
| | ) | |
| **IN RE NATIONAL COLLEGIATE** | ) | |
| **ATHLETIC ASSOCIATION STUDENT-** | ) | **MDL Docket No.: 2492** |
| **ATHLETE CONCUSSION INJURY** | ) | |
| **LITIGATION** | ) | |
| | ) | |

## PROOF OF SERVICE

I, Mark S. Mester, certify that on November 5, 2014, a true and correct copy of the

Notice Of Potential Tag-Along Action and Proof of Service was filed through the ECF system

and served upon the following parties by prepaid first class mail:

### Arrington, et al. v. NCAA,
**Case Nos. 1:11-cv-06356 and 1:11-cv-06816 (N.D. Ill.)**

*Counsel for Plaintiffs Adrian Arrington, Derek Owens, Angelica Palacios and Kyle Solomon*:

| | |
|---|---|
| Joseph J. Siprut | Elizabeth A. Fegan |
| Gregg Michael Barbakoff | Daniel J. Kurowski |
| SIPRUT PC | Thomas E. Ahlering |
| 17 North State Street, Suite 1600 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| Chicago, IL 60602 | 1144 West Lake Street, Suite 400 |
| Telephone: 312-236-0000 | Oak Park, IL 60301 |
| Facsimile: 312-878-1342 | Telephone: 708-628-4949 |
| | Facsimile: 708-628-4950 |

Steve W. Berman
Nicholas J. Styant-Browne
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, WA 98101
Telephone: 206-623-7292
Facsimile: 206-623-7292

*Counsel for Defendant National Collegiate Athletic Association:*

| | |
|---|---|
| Mark S Mester | J. Christian Word |
| Johanna M. Spellman | LATHAM & WATKINS LLP |
| LATHAM & WATKINS LLP | 555 Eleventh Street NW, Suite 1000 |
| 330 North Wabash Avenue, Suite 2800 | Washington, D.C. 20004 |
| Chicago, IL 60611 | Telephone: 202-637-2200 |
| Telephone: 312-876-7700 | Facsimile: 202-637-2200 |
| Facsimile: 312-993-9767 | |

*Counsel for Intervenor Plaintiffs Frank Moore and Anthony Nichols:*

Jay Edelson
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
Telephone: 312-589-6370
Facsimile: 312-589-6378

Steven Lezell Woodrow
EDELSON PC
999 18th Street. Suite 3000
Denver, CO 80203
Telephone: 303-357-4878
Facsimile: 312-589-6378

## Walker, et al. v. NCAA,
## Case No. 1:13-cv-00293-CLC-WBC (E.D. Tenn.)

*Counsel for Plaintiffs Chris Walker, Ben Martin and Dan Ahern:*

Renae D. Steiner
HEINS MILLS & OLSON, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
Telephone: 612-338-4605
Facsimile: 612-338-4605

Gordon Ball
LAW OFFICES OF W. GORDON BALL
550 Main Street, Suite 601
Knoxville, TN 37902
Telephone: 865-525-7028
Facsimile: 865-525-4679

Mark J. Feinberg
Shawn D. Stuckey
Michael R. Cashman
ZELLE HOFMANN VOELBEL & MASON
LLP
500 Washington Avenue, South, Suite 4000
Minneapolis, MN 55415
Telephone: 612-339-2020
Facsimile: 612-336-9100

Michael D. Hausfeld
Richard S. Lewis
Mindy B. Pava
HAUSFELD LLP
1700 K Street, N.W., Suite 650
Washington, D.C. 20006
Telephone: 202-540-7200
Facsimile: 202-540-7201

Daniel S. Mason
ZELLE HOFMANN VOELBEL & MASON
LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: 415-633-0700
Facsimile: 415-693-0770

W. Mark Lanier
Eugene R. Egdorf
THE LANIER LAW FIRM
6810 FM 1960 West
Houston, Texas 77069
Telephone: 713-659-5200
Facsimile: 713-659-2204

Timothy J. McIlwain
TIMOTHY J. MCILWAIN, ATTORNEY AT
LAW, LLC
89 River Street #1538
Hoboken, NJ 07030
Telephone: 877-375-9599
Facsimile: 609-450-7017

Joseph J. DePalma
LITE DEPALMA GREENBERG, LLC
Two Gateway Center, Suite 1201
Newark, NJ 07102
Telephone: 973-623-3000
Facsimile: 973-623-0858

Steven J. Greenfogel
LITE DEPALMA GREENBERG, LLC
1521 Locust Street, 7th Floor
Philadelphia, PA 19102
Telephone: 267-519-8306
Facsimile: 973-623-0858

Charles S. Zimmerman
J. Gordon Rudd, Jr.
Brian C. Gudmundson
ZIMMERMAN REED, P.L.L.P.
1100 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: 612-341-0400
Facsimile: 612-341-0844

Edgar D. Gankendorff
PROVOSTY & GANKENDORFF, L.L.C.
650 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-410-2795
Facsimile: 504-410-2796

Katrina Carroll
LITE DEPALMA GREENBERG, LLC
211 West Wacker Drive, Suite 500
Chicago, IL 60606
Telephone: 312-750-1265
Facsimile: 973-877-3845

*Counsel for Defendant National Collegiate Athletic Association:*

Mark S Mester
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: 312-876-7700
Facsimile: 312-993-9767

Roger W. Dickson
Kyle W. Eiselstein
C. Crews Townsend
MILLER & MARTIN PLLC
832 Georgia Avenue, Suite 1000
Chattanooga, TN 37402-2289
Telephone: 423-785-8330
Facsimile: 423-321-1516

J. Christian Word
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone: 202-637-2200
Facsimile: 202-637-2200

*Counsel for Interested Parties Adrian Arrington, Derek Owens, Angelica Palacios and Kyle Solomon:*

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, WA 98101
Telephone: 206-623-7292
Facsimile: 206-623-7292

Joseph J. Siprut
SIPRUT PC
17 North State Street, Suite 1600
Chicago, IL 60602
Telephone: 312-236-0000
Facsimile: 312-878-1342

Elizabeth A. Fegan
HAGENS BERMAN SOBOL SHAPIRO LLP
1144 West Lake Street, Suite 400
Oak Park, IL 60301
Telephone: 708-628-4949
Facsimile: 708-628-4950

J. Gerard Stranch, IV
James G. Stranch, III
BRANSTETTER, STRANCH &
JENNINGS, PLLC
227 Second Avenue North, 4th Floor
Nashville, TN 37201-1631
Telephone: 615-254-8801
Facsimile: 615-250-3937

**DuRocher, et al. v. NCAA, et al.,**
**Case No. 1:13-cv-01570-SEB-DML (S.D. Ind.)**

*Counsel for Plaintiffs John DuRocher, Darin Harris and Anthony Mirando:*

Irwin B. Levin
Richard E.Shevitz
Scott D. Gilchrist
Lynn A.Toops
Vess Allen Miller
COHEN & MALAD, LLP
One Indiana Square,Suite 1400
Indianapolis, IN 46204
Telephone: 317-636-6481
Facsimile: 317-636-2593

James R. Dugan, II
David B. Franco
Douglas R. Plymale
Chad Primeaux
THE DUGAN LAW FIRM, LLC
One Canal Place, Suite 1000
365 Canal Street
New Orleans, LA 70130
Telephone: 504-648-0180
Facsimile: 504-648-0181

Don Barrett
BARRETT LAW GROUP, P.A.
404 Court Square North
Lexington, MS 39095
Telephone: 663-834-9168
Facsimile: 662-834-2628

Douglas Gill
DOUGLAS H. GILL & ASSOCIATES
602 7th Avenue South
Seattle, WA 98104
Telephone: 253-691-0197

Elizabeth J. Cabraser
LIEFF CABRASER HEIMANN &
BERNSTEIN
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415-956-1000
Facsimile: 415-956-1008

Wendy Ruth Fleishman
LIEFF CABRASHER HEIMANN &
BERNSTEIN LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1414
Telephone: 212-355-9500
Facsimile: 212-355-9592

*Counsel for Defendant National Collegiate Athletic Association:*

Kathy L. Osborn
Ryan M. Hurley
Daniel E. Pulliam
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: 317-237-0300
Facsimile: 317-237-1000

Mark S. Mester
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: 312-876-7700
Facsimile: 312-993-9767

*Counsel for Defendants Riddell, Inc., All American Sports Corporation, Riddell Sports Group, Inc., Easton-Bell Sports, Inc., Easton Bell Sports, LLC, EB Sports Corporation and RBG Holdings Corporation:*

Paul Cereghini
BOWMAN & BROOKE LLP
2901 North Central Avenue, Suite 1600
Phoenix, AZ 85012
Telephone: 602-643-2300
Facsimile: 602-248-0947

Cary A. Slobin
BOWMAN & BROOKE LLP
2501 North Harwood Street, Suite 1700
Dallas, TX 75201
Telephone: 972-616-1700
Facsimile: 971-616-1701

Randall R. Riggs
Joshua B. Fleming
FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN 46244-0961
Telephone: 317-237-3946
Facsimile: 317-237-3900

Robert Latane Wise
BOWMAN AND BROOKE LLP
901 E. Byrd Street, Suite 1650
Richmond, VA 23219
Telephone: 804-819-1134

*Counsel for Defendant Kranos Corporation:*

James L. Petersen
Christina Laun Fugate
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282
Telephone: 317-236-2374
Facsimile: 317-592-4654

Daniel J. Kain
Scott Toomey
LITTLETON JOYCE UGHETTA PARK &
KELLY LLP
201 King of Prussia Road, Suite 220
Radnor, PA 19807
Telephone: 494-254-6220
Facsimile: 484-254-6221

<u>**Doughty v. NCAA,**</u>
**Case No. 3:13-cv-02894-JFA (D.S.C.)**

*Counsel for Plaintiff Stanley Doughty:*

John S. Nichols
John C. Newton
BLUESTEIN, NICHOLS, THOMPSON &
DELGADO, LLC
1614 Taylor Street
P.O. Box 7965
Columbia, SC 29202
Telephone: 803-779-7599
Facsimile: 803-779-8995

Chris T. Hellums
PITTMAN DUTTON & HELLUMS
1100 Park Place Towers
2001 Park Place North
Birmingham, AL 35203
Telephone: 205-322-8880
Facsimile: 205-328-2711

*Counsel for Defendant National Collegiate Athletic Association:*

| | |
|---|---|
| John E. Cuttino | Mark S. Mester |
| GALLIVAN, WHITE & BOYD, P.A. | LATHAM & WATKINS LLP |
| 1201 Main Street, Suite 1200 | 330 North Wabash Avenue, Suite 2800 |
| Columbia, SC 29201 | Chicago, IL 60611 |
| Telephone: 803-724-1714 | Telephone: 312-876-7700 |
| Facsimile: 803-779-1767 | Facsimile: 312-993-9767 |

## Powell v. NCAA,
## Case No. 4:13-cv-01106-JTM (W.D. Mo.)

*Counsel for Plaintiff Christopher M. Powell:*

| | |
|---|---|
| Edward D. Robertson , Jr. | James P. Frickleton |
| BARTIMUS, FRICKLETON, ROBERTSON | Michael C. Rader |
| & GORNY | BARTIMUS, FRICKLETON, ROBERTSON |
| 715 Swifts Highway | & GORNY |
| Jefferson City, MO 65109 | 11150 Overbrook Drive, Suite 200 |
| Telephone: 573-659-4454 | Leawood, KS 66211 |
| Facsimile: 573-659-4460 | Telephone: 913-266-2300 |
| | Facsimile: 913-266-2366 |

*Counsel for Defendant National Collegiate Athletic Association:*

| | |
|---|---|
| William C. Odle | Mark S. Mester |
| Lucinda H. Luetkemeyer | LATHAM & WATKINS LLP |
| SPENCER, FANE, BRITT & BROWNE LLP | 330 North Wabash Avenue, Suite 2800 |
| 1000 Walnut Street, Suite 1400 | Chicago, IL 60611 |
| Kansas City, MO 64106-2140 | Telephone: 312-876-7700 |
| Telephone: 816-474-8100 | Facsimile: 312-993-9767 |
| Facsimile: 816-474-3216 | |

## Caldwell, et al. v. NCAA,
## Case No. 1:13-cv-03820 (N.D. Ga.)

*Counsel for Plaintiffs Jerry Caldwell and Johnny Brown:*

Roger W. Orlando
Omar Mark Zamora
ORLANDO FIRM
Suite 400
315 East Ponce de Leon
Decatur, GA 30030
Telephone: 404-373-1800
Facsimile: 404-373-5421

*Counsel for Defendant National Collegiate Athletic Association:*

Mark S. Mester
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: 312-876-7700
Facsimile: 312-993-9767

<u>**Morgan, et al. v. NCAA,**</u>
**Case No. 0:13-cv-03174 (D. Minn.)**

*Counsel for Plaintiffs Paul Morgan, Cliff Deese and Joseph Balthozor:*

James C. Selmer
Marc M. Berg
JAMES C SELMER & ASSOCIATES, PA
500 Washington Avenue S, Suite 2010
Minneapolis, MN 55415
Telephone: 612-338-6005
Facsimile: 612-338-4120

*Counsel for Defendant National Collegiate Athletic Association:*

| | |
|---|---|
| Christine R. M. Kain | Mark S. Mester |
| Daniel J. Connolly | LATHAM & WATKINS LLP |
| FAEGRE BAKER DANIELS LLP | 330 North Wabash Avenue, Suite 2800 |
| 90 S 7th Street, Suite 2200 | Chicago, IL 60611 |
| Minneapolis, MN 55402-3901 | Telephone: 312-876-7700 |
| Telephone: 612-766-8743 | Facsimile: 312-993-9767 |
| Facsimile: 612-766-1600 | |

<u>**Walton, et al. v. NCAA,**</u>
**Case No. 2:13-cv-02904 (W.D. Tenn.)**

*Counsel for Plaintiffs John Walton and William Clark Stevenson:*

Gerald F. Easter
GERALD F. EASTER, ATTORNEY AT LAW
369 North Main Street
Memphis, TN 38103
Telephone: 901-575-9998
Facsimile: 901-527-5003

*Counsel for Defendant National Collegiate Athletic Association:*

| | |
|---|---|
| Charles Silvestri Higgins | Mark S. Mester |
| BURCH, PORTER & JOHNSON, PLLC | LATHAM & WATKINS LLP |
| 130 North Court Avenue | 330 North Wabash Avenue, Suite 2800 |
| Memphis, TN 38103 | Chicago, IL 60611 |
| Telephone: 423-785-8330 | Telephone: 312-876-7700 |
| Facsimile: 423-321-1516 | Facsimile: 312-993-9767 |

## Washington, et al. v. NCAA,
### Case No. 4:13-cv-02434 (E.D. Mo.)

*Counsel for Plaintiffs Sharron D. Washington and Anthony Vanzant:*

Thayer L. Weaver
TLW AND ASSOCIATES, LLC
3216 Locust
St. Louis, MO 63103-1207
Telephone: 314-531-4747
Facsimile: 314-531-4749

Daniel T. DeFeo
THE DEFEO LAW FIRM, P.C.
924 Main Street
Lexington, MO 64067
Telephone: 660-259-9806
Facsimile: 660-259-9809

*Counsel for Defendant National Collegiate Athletic Association:*

Denise M. Portnoy
SPENCER FANE BRITT & BROWNE LLP
9401 Indian Creek Parkway, Suite 700
Overland Park, KS 66210
Telephone: 913-345-8100
Facsimile: 913-345-0736

Mark S. Mester
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: 312-876-7700
Facsimile: 312-993-9767

## Hudson v. NCAA,
### Case No. 5:13-cv-00398 (N.D. Fla.)

*Counsel for Plaintiff Ray Hudson:*

J. Matthew Stephens
MCCALLUM METHVIN & TERRELL PC
2201 Arlington Avenue South
Birmingham, AL 35205
Telephone: 205-939-0199
Facsimile: 205-939-0399

Chris T. Hellums
PITTMAN, DUTTON & HELLUMS
1100 Park Place Towers
2001 Park Place North
Birmingham, AL 35203
Telephone: 205-322-8880
Facsimile: 205-328-2711

Robert M. Foote
FOOTE, MIELKE, CHAVEZ & O'NEIL LLC
10 West State Street, #200
Geneva, IL 60134
Telephone: 630-232-7450

*Counsel for Defendant National Collegiate Athletic Association:*

Mark S. Mester
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: 312-876-7700
Facsimile: 312-993-9767

**Wolf v. NCAA,**
**Case No. 1:14-cv-01268 (N.D. Ill.)**

*Counsel for Plaintiffs Abram Robert Wolf, Sean Sweeney, Natalie Kay Harada, Rachel Dianne Harada, Jim O'Connor, Brett Sweeney, and Brett Christensen:*

William T. Gibbs
Philip Harnett Corboy, Jr.
CORBOY & DEMETRIO
33 N. Dearborn Street, Suite 2100
Chicago, IL 60602
Telephone: 312-346-5562
Facsimile: 312-346-5562

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: 206-623-7292

Elizabeth A. Fegan
Thomas E. Ahlering
HAGENS BERMAN SOBOL SHAPIRO LLP
1144 W. Lake St., Suite 400
Oak Park, IL 60301
Telephone: 708-628-4950
Facsimile: 708-628-4950

J. Barton Goplerud
HUDSON, MALLANEY, SHINDLER &
ANDERSON, P.C.
5015 Grand Ridge Dr., Suite 100
West Des Moines, IA 50265
Telephone: 515-223-8887
Facsimile: 515-223-8887

David Freydin
Timothy Scott
LAW OFFICES OF DAVID FREYDIN LTD
4433 West Touhy Avenue, Suite 405
Lincolnwood, IL 60712
Telephone: 847-630-3122

Timothy A. Scott
LAW OFFICES OF DAVID FREYDIN LTD
8707 Skokie Boulevard, Suite 305
Skokie, IL 60077
Telephone: 847-972-6157

*Counsel for Defendant National Collegiate Athletic Association:*

Mark S. Mester
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: 312-876-7700
Facsimile: 312-993-9767

**Nichols v. NCAA**
**Case No. 1:14-cv-00962 (N.D. Ill.)**

*Counsel for Plaintiff Anthony Nichols:*

Jay Edelson, Rafey Balabanian,
Ari J. Scharg, Mark S. Eisen
EDELSON PC
350 N. LaSalle, Suite 1300
Chicago, IL 60654
Telephone: 312-589-6370
Facsimile: 312-589-6378

Robert A. Clifford
Shannon M. McNulty
CLIFFORD LAW OFFICES, P.C.
120 N. LaSalle St., Suite 3100
Chicago, IL 60602
Telephone: 312-899-9090
Facsimile: 312-251-1160

Brian W. Coffman
COFFMAN LAW OFFICES
2615 North Sheffield Avenue
Chicago, IL 60614
Telephone: 773-348-1295
Facsimile: 773-248-6013

Richard R. Gordon
GORDON LAW OFFICES, LTD.
211 W. Wacker Dr., Suite 500
Chicago, IL 60606
Telephone: 312-332-5200
Facsimile: 312-236-7727

Steven K. Mamat
STEVEN MAMAT, PLLC
302 S. Main St., Suite 202
Royal Oak, MI 48067
Telephone: 248-548-1009
Facsimile: 248-548-1012

Samuel M. Lasser
LAW OFFICE OF SAMUEL LASSER
1934 Divisadero St.
San Francisco, CA 94115
Telephone: 415-994-9930
Facsimile: 415-776-8047

*Counsel for Defendant National Collegiate Athletic Association:*

Mark S. Mester
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: 312-876-7700
Facsimile: 312-993-9767

**Jackson v. NCAA**
**Case No. 1:14-cv-02103 (E.D.N.Y.)**

*Counsel for Plaintiff Joel Jackson:*

Gene Locks
Andrew P. Bell
LOCKS LAW FIRM PLLC
800 Third Avenue, 11th Floor
New York, NY 10022
Telephone: 212-838-3333
Facsimile: 212-838-3735

David D. Langfitt
LOCKS LAW FIRM
The Curtis Center, Suite 720 East
601 Walnut St.
Philadelphia, PA 19106
Telephone: 215-893-3423
Facsimile: 215-893-3444

*Counsel for Defendant National Collegiate Athletic Association:*

Robert John Malionek
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022
Telephone: 212-906-1200
Facsimile: 212-751-4864

Mark S. Mester
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: 312-876-7700
Facsimile: 312-993-9767

*Counsel for Plaintiffs Mildred Whittier a/n/f and Attorney in Fact for Julius Whittier:*

Dwight E. Jefferson
Coats Rose Yale Ryman & Lee, P.C.
9 Greenway Plaza, Suite 1100
Houston, TX 77046
Telephone: 713-651-0111


*Counsel for Defendant National Collegiate Athletic Association:*

Mark S. Mester
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: 312-876-7700
Facsimile: 312-993-9767

/s/  Mark S. Mester
Mark S. Mester
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
E-mail:  mark.mester@lw.com
