**BEFORE THE UNTIED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

|   |   |
|---|---|
| **IN RE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION** | ) ) ) **MDL Docket No. 2492** ) ) ) |

## NOTICE OF POTENTIAL TAG-ALONG ACTIONS

Pursuant to Rule 7.1(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Defendant National Collegiate Athletic Association (the "NCAA") hereby notifies the Clerk of the Panel of seven potential tag-along actions in which the NCAA has been named as a defendant:

(1) Cook v. Pac-12 Conference, Case No. 3:16-cv-02630 (N.D. Cal.), now pending in the United States District Court for the Northern District of California before the Honorable Edward M. Chen;

(2) Hermann v. Se. Conference, Case No. 2:16-cv-01042 (E.D. Cal.), now pending in the United States District Court for the Eastern District of California before the Honorable Kimberly J. Mueller;

(3) Lee v. Duke Univ., Case No. 1:16-cv-01411 (S.D. Ind.), now pending in the United States District Court for the Southern District of Indiana before the Honorable William T. Lawrence;

(4) Miller v. Se. Conference, Case No. 1:16-cv-01222 (S.D. Ind.), now pending in the United States District Court for the Southern District of Indiana before the Honorable Tanya Walton Pratt;

(5) Owens v. Se. Conference, Case No. 1:16-cv-01409 (S.D. Ind.), now pending in the United States District Court for the Southern District of Indiana before the Honorable Tanya Walton Pratt;

(6) Seals v. W. Athletic Conference, Case No. 2:16-cv-00412 (D. Utah), now pending in the United States District Court for the District of Utah before the Honorable Robert J. Shelby; and

    (7)    <u>Walthour v. Vanderbilt Univ.</u>, Case No. 6:16-cv-00834 (M.D. Fla.), now pending in the United States District Court for the Middle District of Florida before the Honorable Carlos E. Mendoza.[1]

The docket sheets and Complaints for the potential tag-along actions are attached hereto as Exhibit A.

    The potential tag-along actions involve allegations that the NCAA breached an alleged duty to student-athletes by failing to implement proper health and safety policies to protect student-athletes against the effects of concussions. <u>See</u> Compl. (Dkt. #1) ¶¶ 61-62, 69, 94, <u>Cook v. Pac-12 Conference</u>, Case No. 3:16-cv-02630 (N.D. Cal.); Compl. (Dkt. #1) ¶¶ 62-63, 70, 96, 103, 136, <u>Hermann v. Se. Conference</u>, Case No. 2:16-cv-01042 (E.D. Cal.); Compl. (Dkt. #1) ¶¶ 64-65, 72, 97, <u>Lee v. Duke Univ.</u>, Case No. 1:16-cv-01411 (S.D. Ind.); Compl. (Dkt. #1) ¶¶ 62, 66, 69, 94-95, 119, 128, 135, <u>Miller v. Se. Conference</u>, Case No. 1:16-cv-01222 (S.D. Ind.); Compl. (Dkt. #1) ¶¶ 63-64, 71, 95, <u>Owens v. Se. Conference</u>, Case No. 1:16-cv-01409 (S.D. Ind.); Compl. (Dkt. #1) ¶¶ 61-62, 69, 96, <u>Seals v. W. Athletic Conference</u>, Case No. 2:16-cv-00412 (D. Utah); Compl. (Dkt. #1) ¶¶ 62-63, 70, 96, <u>Walthour v. Vanderbilt Univ.</u>, Case No. 6:16-cv-00834 (M.D. Fla.). As such, we believe the potential tag-along actions and the previously-consolidated action <u>In re NCAA Student-Athlete Concussion Injury Litigation</u>, Case

---

[1] Three additional cases, <u>Griffin v. Big Ten Conference</u>, Case No. 1:16-cv-05986 (N.D. Ill. filed June 8, 2016), <u>Samuels v. Pa. State Univ.</u>, Case No. 1:16-cv-05270 (N.D. Ill. filed May 17, 2016), and <u>Strinko v. Big Ten Conference</u>, Case No. 1:16-cv-05988 (N.D. Ill. filed June 8, 2016), were filed in the Northern District of Illinois and therefore are likely to be transferred to Judge Lee pursuant to Local Rule 40.3(b)(6) irrespective of the disposition of this Notice. <u>See</u> N.D. Ill. L.R. 40.3(b)(6) ("Where a civil case is filed as a potential tag-along action to a multidistrict litigation ("MDL") proceeding pending in the district, it shall be assigned directly to the judge handling the MDL proceeding."); <u>see</u> <u>also</u> Case Management Order No. 1 (Master Dkt. #15), <u>In re NCAA Student-Athlete Concussion Injury Litig.</u>, Case No. 1:13-cv-09116 (N.D. Ill.), at 1-2 ("Any 'tag-along actions' later filed in, removed to or transferred to this Court, or directly filed in the Northern District of Illinois, will automatically be consolidated with this action without the necessity of future motions or orders.").

No. 1:13-cv-09116 (N.D. Ill.), involve common questions of fact within the meaning of 28 U.S.C. § 1407.[2]  Compare In re Satyam Computer Servs., Ltd., Secs. Litig., 712 F. Supp. 2d 1381, 1382 (J.P.M.L. 2010), with In re Kissi Litig., 923 F. Supp. 2d 1367, 1369 (J.P.M.L. 2013).  Moreover, the operative allegations in the seven potential tag-along actions are virtually verbatim copies of one another.  Compare, e.g., Compl. (Dkt. #1) ¶ 69, Lee v. Duke Univ., Case No. 1:16-cv-01411 (S.D. Ind.) (alleging six causes of action and claiming that "NCAA refused to implement, endorse, or even recommend specific concussion grading scale or return-to-play criteria."), with Compl. (Dkt. #1) ¶ 68, Owens v. Se. Conference, Case No. 1:16-cv-01409 (S.D. Ind.) (same).[3]

---

[2]  The eleven (11) actions that the Panel previously consolidated are as follows:  Arrington, et al. v. NCAA, Case No. 1:11-cv-06356 (N.D. Ill. filed Sept. 12, 2011); Walker, et al. v. NCAA, Case No. 1:13-cv-00293 (E.D. Tenn. filed Sept. 3, 2013); DuRocher, et al. v. NCAA, et al., Case No. 1:13-cv-01570 (S.D. Ind. filed Oct. 1, 2013); Doughty v. NCAA, Case No. 3:13-cv-02894 (D.S.C. filed Oct. 22, 2013); Powell v. NCAA, Case No. 4:13-cv-01106 (W.D. Mo. filed Nov. 11, 2013); Caldwell, et al. v. NCAA, Case No. 1:13-cv-03820 (N.D. Ga. filed Nov. 18, 2013); Morgan, et al. v. NCAA, Case No. 0:13-cv-03174 (D. Minn. filed Nov. 19, 2013); Walton, et al. v. NCAA, Case No. 2:13-cv-02904 (W.D. Tenn. filed Nov. 20, 2013); Washington, et al. v. NCAA, Case No. 4:13-cv-02434 (E.D. Mo. filed Dec. 3, 2013); Hudson v. NCAA, Case No. 5:13-cv-00398 (N.D. Fla. filed Dec. 3, 2013); and Jackson v. NCAA, Case No. 1:14-cv-02103 (E.D.N.Y. filed Apr. 2, 2014).  A twelfth action, Wolf, et al. v. NCAA, Case No. 1:14-cv-01268 (N.D. Ill. filed Feb. 10, 2014) and a thirteenth action, Nichols v. NCAA, Case No. 1:14-cv-00962 (N.D. Ill. filed Feb. 11, 2014) were also filed in the Northern District of Illinois.  Pursuant to Case Management Order No. 1 issued by Judge Lee, Wolf and Nichols automatically were consolidated in In re NCAA Student-Athlete Concussion Injury Litig.  See Case Management Order No. 1 (Master Dkt. #15), In re NCAA Student-Athlete Concussion Injury Litig., Case No. 1:13-cv-09116 (N.D. Ill.) at 1-2.  A fourteenth action, Whittier v. NCAA, Case No. 1:14-cv-00978 (W.D. Tex. filed Oct. 27, 2014), was filed in the Western District of Texas.  Pursuant to Conditional Transfer Order (CTO-4) issued by the Clerk of the Panel, Whittier was consolidated in In re NCAA Student-Athlete Concussion Injury Litig.  See Conditional Transfer Order (CTO-4) (Dkt. #68), In re NCAA Student-Athlete Concussion Injury Litig., MDL No. 2492 (J.P.M.L.) at 1.

[3]  Each of the seven new cases listed above has been filed by Edelson PC, one of the law firms that has been participating in the existing MDL.

We believe that the transfer of the potential tag-along actions to the United States District Court for the Northern District of Illinois for coordination or consolidation for pre-trial purposes with <u>In re NCAA Student-Athlete Concussion Injury Litigation</u>, Case No. 1:13-cv-09116 (N.D. Ill.), would thus serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation.  <u>See</u>, <u>e.g.</u>, <u>In re Wheat Farmers Antitrust Class Action Litig.</u>, 366 F. Supp. 1087, 1088 (J.P.M.L. 1973) (ordering transfer based on the "conveniences of all parties").

Dated: June 28, 2016　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Mark S. Mester
　　　　　　　　　　　　　　　　　　　　One of the Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　National Collegiate Athletic Association

Mark S. Mester
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
E-mail:  mark.mester@lw.com