**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION | MDL Docket No. 2492 |

**NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

Pursuant to Rule 7.1(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Counsel for Plaintiff Richardson hereby notifies the Clerk of the Panel of twenty-seven potential tag-along actions in which the National Collegiate Athletic Association (the "NCAA") has been named as a defendant:

(1) *Richardson v. Southeastern Conference, et al.*, Case No. 1:16-cv-02342 (S.D. Ind.), now pending in the United States District Court for the Southern District of Indiana before the Honorable William T. Lawrence;

(2) *Hill v. University of Miami, et al.*, Case No. 1:16-cv-02339 (S.D. Ind.), now pending in the United States District Court for the Southern District of Indiana before the Honorable Tanya Walton Pratt;

(3) *Gallon v. Atlantic Coast Conference, et al.*, Case No. 1:16-cv-02334 (S.D. Ind.), now pending in the United States District Court for the Southern District of Indiana before the Honorable William T. Lawrence;

(4) *Davison v. Southeastern Conference, et al.*, Case No. 1:16-cv-02333 (S.D. Ind.), now pending in the United States District Court for the Southern District of Indiana before the Honorable William T. Lawrence;

(5) *Ford v. Southeastern Conference, et al.*, Case No. 1:16-cv-02336 (S.D. Ind.), now pending in the United States District Court for the Southern District of Indiana before the Honorable Jane Magnus-Stinson;

(6) *Harrison v. Ohio Valley Conference, et al.*, Case No. 1:16-cv-02337 (S.D. Ind.), now pending in the United States District Court for the Southern District of Indiana before the Honorable Tanya Walton Pratt;

(7) *Johnson v. Conference USA, et al.*, Case No. 1:16-cv-02341 (S.D. Ind.), now pending in the United States District Court for the Southern District of Indiana before the Honorable Tanya Walton Pratt;

(8) *Hawkins v. Pac-12, et al.*, Case No. 3:16-cv-05056 (N.D. Cal.), now pending in the United States District Court for the Northern District of California before the Honorable Susan Illston;

(9) *Washington v. Big-12, et al.*, Case No. 1:16-cv-02358 (S.D. Ind.), now pending in the United States District Court for the Southern District of Indiana before the Honorable Larry J. McKinney;

(10) *Donner v. Mid-American Conference, et al.*, Case No. 1:16-cv-02632 (S.D. Ind.), now pending in the United States District Court for the Southern District of Indiana before the Honorable Jane Magnus-Stinson;

(11) *Harley v. American Athletic Conference, et al.*, Case No. 1:16-cv-02630 (S.D. Ind.), now pending in the United States District Court for the Southern District of Indiana before the Honorable Tanya Walton Pratt;

(12) *Reddick v. Mid-Eastern Athletic Conference, et al.*, Case No. 1:16-cv-02631 (S.D. Ind.), now pending in the United States District Court for the Southern District of Indiana before the Honorable Richard L. Young;

(13) *Towe v. Mid-American Conference, et al.*, Case No. 1:16-cv-02629 (S.D. Ind.), now pending in the United States District Court for the Southern District of Indiana before the Honorable Tanya Walton Pratt;

(14) *Williams v. Nat'l. Collegiate Athl. Assoc.*, Case No. 1:16-cv-02622 (S.D. Ind.), now pending in the United States District Court for the Southern District of Indiana before the Honorable Jane Magnus-Stinson;

(15) *Bonds v. Southeastern Conference, et al.*, Case No. 1:16-cv-02634 (S.D. Ind.), now pending in the United States District Court for the Southern District of Indiana before the Honorable Richard L. Young;

(16) *Bozeman v. Southeastern Conference, et al.*, Case No. 1:16-cv-02641 (S.D. Ind.), now pending in the United States District Court for the Southern District of Indiana before the Honorable Tanya Walton Pratt;

(17) *Clayton v. Syracuse University, et al.*, Case No. 1:16-cv-02635 (S.D. Ind.), now pending in the United States District Court for the Southern District of Indiana before the Honorable Jane Magnus-Stinson;

(18) *Collins v. American Athletic Conference, et al.*, Case No. 1:16-cv-02640 (S.D. Ind.), now pending in the United States District Court for the Southern District of Indiana before the Honorable Jane Magnus-Stinson;

(19) *Dudley v. Atlantic Coast Conference, et al.*, Case No. 1:16-cv-02639 (S.D. Ind.), now pending in the United States District Court for the Southern District of Indiana before the Honorable Tanya Walton Pratt;

(20) *Gray v. University of Notre Dame Du Lac, et al.*, Case No. 1:16-cv-02638 (S.D. Ind.), now pending in the United States District Court for the Southern District of Indiana before the Honorable William T. Lawrence;

(21) *Harvey v. Southeastern Conference, et al.*, Case No. 1:16-cv-02643 (S.D. Ind.), now pending in the United States District Court for the Southern District of Indiana before the Honorable William T. Lawrence;

(22) *Odom v. Nat'l. Collegiate Athl. Assoc., et al.*, Case No. 1:16-cv-02657 (S.D. Ind.), now pending in the United States District Court for the Southern District of Indiana before the Honorable William T. Lawrence;

(23) *Pettus v. University of Richmond, et al.*, Case No. 1:16-cv-02644 (S.D. Ind.), now pending in the United States District Court for the Southern District of Indiana before the Honorable Tanya Walton Pratt;

(24) *Sullivan v. Pac-12 Conference, et al.*, Case No. 1:16-cv-02646 (S.D. Ind.), now pending in the United States District Court for the Southern District of Indiana before the Honorable Jane Magnus-Stinson;

(25) *Tolbert v. Sun Belt Conference, et al.*, Case No. 1:16-cv-02649 (S.D. Ind.), now pending in the United States District Court for the Southern District of Indiana before the Honorable William T. Lawrence;

(26) *Wysocki v. Atlantic Coast Conference, et al.*, Case No. 1:16-cv-02652 (S.D. Ind.), now pending in the United States District Court for the Southern District of Indiana before the Honorable Jane Magnus-Stinson; and

(27) *Mason v. Conference USA, et al.*, Case No. 1:16-cv-02660 (S.D. Ind.), now pending in the United States District Court for the Southern District of Indiana before the Honorable Richard L. Young.

The docket sheets and Complaints for the potential tag-along actions are attached hereto.

Each of the potential tag-along actions involves allegations that the NCAA (along with

other defendants) breached an alleged duty to student-athletes by failing to implement proper health and safety policies to protect student-athletes against the effects of concussions. *See* Compl. (Dkt. #1) ¶¶ 63–65, 71, 96, *Richardson v. Southeastern Conference, et al.*, Case No. 1:16-cv-02342 (S.D. Ind.); Compl. (Dkt. #1) ¶¶ 64–66, 72, 97, *Hill v. University of Miami, et al.*, Case No. 1:16-cv-02339 (S.D. Ind.); Compl. (Dkt. #1) ¶¶ 63–65, 71, 97, *Gallon v. Atlantic Coast Conference, et al.*, Case No. 1:16-cv-02334 (S.D. Ind.); Compl. (Dkt. #1) ¶¶ 63–65, 71, 97, *Davison v. Southeastern Conference, et al.*, Case No. 1:16-cv-02333 (S.D. Ind.); Amend. Compl. (Dkt. #6) ¶¶ 62–64, 70, 96, *Ford v. Southeastern Conference, et al.*, Case No. 1:16-cv-02336 (S.D. Ind.); Compl. (Dkt. #1) ¶¶ 62–64, 70, 95, *Harrison v. Ohio Valley Conference, et al.*, Case No. 1:16-cv-02337 (S.D. Ind.); Compl. (Dkt. #1) ¶¶ 64–66, 72, 97, *Johnson v. Conference USA, et al.*, Case No. 1:16-cv-02341 (S.D. Ind.); Compl. (Dkt. #1) ¶¶ 62–64, 70, 96, *Hawkins v. Pac-12, et al.*, Case No. 3:16-cv-05056 (N.D. Cal.); Compl. (Dkt. #1) ¶¶ 62–64, 70, 95, *Washington v. Big-12, et al.*, Case No. 1:16-cv-02358 (S.D. Ind.); Compl. (Dkt. #1) ¶¶ 62–64, 70, 95, *Donner v. Mid-American Conference, et al.*, Case No. 1:16-cv-02632 (S.D. Ind.); Compl. (Dkt. #1) ¶¶ 62–64, 70, 95, *Harley v. American Athletic Conference, et al.*, Case No. 1:16-cv-02630 (S.D. Ind.); Compl. (Dkt. #1) ¶¶ 62–64, 70, 95, *Reddick v. Mid-Eastern Athletic Conference, et al.*, Case No. 1:16-cv-02631 (S.D. Ind.); Compl. (Dkt. #1) ¶¶ 62–64, 70, 95, *Towe v. Mid-American Conference, et al.*, Case No. 1:16-cv-02629 (S.D. Ind.); Compl. (Dkt. #1) ¶¶ 57–59, 64, 89, *Williams v. National Collegiate Athletic Association*, Case No. 1:16-cv-02622 (S.D. Ind.); Compl. (Dkt. #1) ¶¶ 62–64, 70, 96, *Bonds v. Southeastern Conference, et al.*, Case No. 1:16-cv-02634 (S.D. Ind.); Compl. (Dkt. #1) ¶¶ 62–64, 70, 95, *Bozeman v. Southeastern Conference, et al.*, Case No. 1:16-cv-02641 (S.D. Ind.); Compl. (Dkt. #1) ¶¶ 64–66, 72, 97, *Clayton v. Syracuse University, et al.*, Case No. 1:16-cv-02635 (S.D. Ind.); Compl. (Dkt. #1) ¶¶ 62–64, 70, 95, *Collins v. American Athletic Conference, et*

*al.*, Case No. 1:16-cv-02640 (S.D. Ind.); Compl. (Dkt. #1) ¶¶ 63–65, 71, 97, *Dudley v. Atlantic Coast Conference, et al.*, Case No. 1:16-cv-02639 (S.D. Ind.); Compl. (Dkt. #1) ¶¶ 59–61, 67, 93, *Gray v. University of Notre Dame Du Lac, et al.*, Case No. 1:16-cv-02638 (S.D. Ind.); Compl. (Dkt. #1) ¶¶ 62–64, 70, 95, *Harvey v. Southeastern Conference, et al.*, Case No. 1:16-cv-02643 (S.D. Ind.); Compl. (Dkt. #1) ¶¶ 57–59, 64, 89, *Odom v. Nat'l. Collegiate Athl. Assoc.*, Case No. 1:16-cv-02657 (S.D. Ind.); Compl. (Dkt. #1) ¶¶ 59–61, 67, 94, *Pettus v. University of Richmond, et al.*, Case No. 1:16-cv-02644 (S.D. Ind.); Compl. (Dkt. #1) ¶¶ 62–64, 70, 95, *Sullivan v. Pac-12 Conference, et al.*, Case No. 1:16-cv-02646 (S.D. Ind.); Compl. (Dkt. #1) ¶¶ 62–64, 70, 95, *Tolbert v. Sun Belt Conference, et al.*, Case No. 1:16-cv-02649 (S.D. Ind.); Compl. (Dkt. #1) ¶¶ 62–64, 70, 95, *Wysocki v. Atlantic Coast Conference, et al.*, Case No. 1:16-cv-02652 (S.D. Ind.); Compl. (Dkt. #1) ¶¶ 62–64, 70, 95, *Mason v. Conference USA, et al.*, Case No. 1:16-cv-02660 (S.D. Ind.). The potential tag-along actions also have factual allegations analogous to those cases identified by Plaintiff Christopher Burkholder in his recent Notice, (MDL No. 2492 dkt. 74), and which were subject to Conditional Transfer Order No. 6, which was finalized on September 1, 2016, (MDL No. 2492, dkt. 75–77). As such, the potential tag-along actions and the previously-consolidated action *In re National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation - Single Sport/Single School (Football)*, Case No. 1:16-cv-8727 (N.D. Ill.), involve common questions of fact within the meaning of 28 U.S.C. § 1407.[1] *Compare In re Satyam Computer Servs., Ltd., Secs. Litig.*, 712 F. Supp. 2d 1381, 1382 (J.P.M.L. 2010), *with In re Kissi Litig.*, 923 F. Supp. 2d 1367, 1369 (J.P.M.L. 2013).[2]

Accordingly, Plaintiff believes that the transfer of the potential tag-along actions to the

---

[1] Pursuant to the Court's Case Management Order No. 4 in MDL No. 2492 (dkt. 78), the above listed potential tag-along actions should be transferred directly to the Master Docket Case for Single Sport/Single School Cases: 1:16-cv-08727. (Dkt. 78 at 3–4).

[2] Each of the twenty-seven new cases listed above has been filed by Edelson PC, one of the law firms that has been participating in the existing MDL.

United States District Court for the Northern District of Illinois for coordination or consolidation for pre-trial purposes with *In re National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation - Single Sport/Single School (Football)*, Case No. 1:16-cv-8727 (N.D. Ill.), would serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. *See*, *e.g.*, *In re Wheat Farmers Antitrust Class Action Litig.*, 366 F. Supp. 1087, 1088 (J.P.M.L. 1973) (ordering transfer based on the "conveniences of all parties").

Respectfully Submitted,

**JAMIE RICHARDSON**, individually
and on behalf of all others similarly situated,

Dated: October 7, 2016

By: /s/ Benjamin H. Richman
One of Plaintiff Richardson's Attorneys

Jay Edelson
jedelson@edelson.com
Benjamin H. Richman
brichman@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Rafey S. Balabanian
rbalabanian@edelson.com
EDELSON PC
123 Townsend Street
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9435

William Winingham
winingham@wkw.com
WILSON KEHOE WININGHAM LLC
2859 North Meridian Street
Indianapolis, Indiana 46208
Tel: 317.920.6400
Fax: 317.920.6405

Jeff Raizner
jraizner@raiznerlaw.com
RAIZNER SLANIA LLP
2402 Dunlavy Street
Houston, Texas 77006
Tel: 713.554.9099
Fax: 713.554.9098

Attorneys for Plaintiff and the Putative Class